**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2198

RONALD E. HAWKINS, SR.,

             Plaintiff - Appellant,

       v.

CITY OF RICHMOND; CITY OF RICHMOND POLICE DEPARTMENT; CITY
OF RICHMOND MAGISTRATE OFFICE; MICHAEL MOCELLO, Richmond
Police Officer; MARTESHA BISHOP, Richmond Magistrate; GARY
WOOLBRIDGE, Richmond Chief Magistrate; EARL FERNANDEZ,
Richmond Police Officer; R. L. JAMISON, Richmond Police
Officer,

             Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:16-cv-00216-REP)


Submitted:  January 31, 2017          Decided:  February 2, 2017


Before WILKINSON, KEENAN, and THACKER, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Ronald E. Hawkins, Sr., Appellant Pro Se.   Richard Earl Hill,
Jr., CITY ATTORNEY'S OFFICE, Richmond, Virginia; DONALD ELDRIDGE
JEFFREY, III, Assistant Attorney General, Richmond, Virginia,
for Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald E. Hawkins, Sr., appeals the district court's orders granting Defendants' motions to dismiss Hawkins' 42 U.S.C. § 1983 (2012) complaint, and denying Hawkins' motion for leave to amend his complaint. On appeal, we confine our review to the issues raised in the Appellant's informal brief. See 4th Cir. R. 34(b). Because Hawkins' informal brief does not challenge the bases for the district court's disposition, Hawkins has forfeited appellate review of the district court's orders. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). We thus affirm the district court's orders. See Hawkins v. City of Richmond, No. 3:16-cv-00216-REP (E.D. Va. Sept. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED